FILED: October 15, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2215

(2:11-cv-00035-FL)

(2:12-mc-00001-FL)

_____

DEFENDERS OF WILDLIFE; NATIONAL WILDLIFE REFUGE ASSOCIATION

  Plaintiffs - Appellants

v.

NORTH CAROLINA DEPARTMENT OF TRANSPORTATION; ANTHONY J. TATA, Secretary, North Carolina Department of Transportation; FEDERAL HIGHWAY ADMINISTRATION; JOHN F. SULLIVAN, III

  Defendants - Appellees

 and

CAPE HATTERAS ELECTRIC MEMBERSHIP CORPORATION

  Intervenor/Defendant - Appellee

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to proceed with a deferred appendix pursuant to Rule 30(c) of the Federal Rules of Appellate

Procedure, the court grants the motion. The clerk shall establish a schedule in accordance with this court's procedures.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk