FILED: November 21, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2215

(2:11-cv-00035-FL)

(2:12-mc-00001-FL)

_____

DEFENDERS OF WILDLIFE; NATIONAL WILDLIFE REFUGE ASSOCIATION

  Plaintiffs - Appellants

v.

NORTH CAROLINA DEPARTMENT OF TRANSPORTATION; ANTHONY J. TATA, Secretary, North Carolina Department of Transportation; FEDERAL HIGHWAY ADMINISTRATION; JOHN F. SULLIVAN, III

  Defendants - Appellees

 and

CAPE HATTERAS ELECTRIC MEMBERSHIP CORPORATION

  Intervenor/Defendant - Appellee

_____

O R D E R

_____

The court extends the briefing schedule as follows:

FRAP 30(c) page-proof opening brief & service of appendix designations

due: **12/09/2013**

FRAP 30(c) page-proof response brief & service of additional designations due: **01/17/2014**

Appendix due: **02/05/2014**

Opening brief, response brief, and any reply brief in final form due: **02/19/2014**

                                                For the Court--By Direction

                                                /s/ Patricia S. Connor, Clerk